IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEITH L. DROLLINGER,

        Petitioner,                        No. 02:13-cv-01756-ST

       v.

MARK NOOTH,

        Respondent.                     ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Stewart issued a Findings & Recommendation (#44) on December 4, 2014, in which she recommends the Court dismiss Petitioner's Petition for Writ of Habeas Corpus and decline to issue a Certificate of Appealability. Petitioner has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Petitioner's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [44], and therefore, Petitioner's Petition for Writ of Habeas Corpus [2] is dismissed. Because Petitioner fails to make a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2), the Court declines to issue a Certificate of Appealability.

IT IS SO ORDERED.

DATED this 4 day of Feb, 2015.

*Marco Hernández*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER